# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127018(91)

DIANE CAMERON and JAMES
CAMERON, Co-Guardians of the
Estate of Daniel Cameron,
      Plaintiffs-Appellants,

v

           SC:   127018
           CoA:  248315
           Wayne CC:  02-000549-NF

AUTO CLUB INSURANCE
ASSOCIATION,
      Defendant-Appellee.

_____

      On order of the Chief Justice, the motion by the Michigan Trial Lawyers Association for leave to file a brief *amicus curiae* is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2006

_____
Clerk